AO245D     (Rev. 09/19) Judgment in a Criminal Case For Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For **Revocation** of Probation or Supervised Release) |
| JAMES ROBINSON | Case Number:    2:16CR00291JLR-001 |
| | USM Number:    14902-085 |
| | Corey Endo |
| | Defendant's Attorney |

**THE DEFENDANT:**

of the petitions dated June 9 and 17, 2021, May

☒ admitted guilt to violation(s) __1, 2, 5, 4, 7, 5, 9, 10__ 22, 2023 and June 22, 2023

☒ was found in violation(s) __3, 11, 12, 13, 14, 15__ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Consuming amphetamine | 5/27/2021 |
| 2. | Failing to participate in substance use disorder treatment | 4/13/2021 |
| 3. | Committing the crime of domestic violence assault | 5/30/2021 |
| 4. | Committing the crime of felon in possession of a firearm | 05/2021 |
| 5. | Failing to self-surrender to U.S Marshals | 06/25/2021 |
| 6. | Committing the crime of domestic violence assault 2 strangulation | 02/05/2023 |
| 7. | Leaving the judicial district without permission | 04/20/2023 |
| 8. | Committing the crime of possessing another person's identification without consent | 04/20/2023 |
| 9. | Committing the crime of possessing a controlled substance | 04/20/2023 |
| 10. | Committing the crime of obstruction of a public officer | 04/20/2023 |
| 11. | Committing the crime of violation of a protection order | 03/18/2023 |
| 12. | Committing the crime of violation of a protection order | 03/21/2023 |
| 13. | Committing the crime of domestic violence assault in the fourth degree | 03/21/2023 |
| 14. | Committing the crime of burglary in the first degree | 03/21/2023 |
| 15. | Committing the crime of residential burglary, unlawful | 03/18/2023 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

AO245D      (Rev. 09/19) Judgment in a Criminal Case For Revocations
            Sheet 1

DEFENDANT:        **JAMES ROBINSON**
CASE NUMBER:      2:16CR00291JLR-001

_s/ Matthew P. Hampton_
Assistant United States Attorney

7/11/2023
Date of Imposition of Judgment

Signaturé of Judge

James L. Robart, United States District Judge
Name and Title of Judge

11 July 2023
Date

me

AO245D     (Rev. 09/19) Judgment in a Criminal Case For Revocations
                 Sheet 2 — Imprisonment

DEFENDANT:        **JAMES ROBINSON**
CASE NUMBER:    2:16CR00291JLR-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

_____ *24 Months* _____

☑  The court makes the following recommendations to the Bureau of Prisons:
    *Placement at FDC*

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.   ☐ p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____   to  _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                    By  _____
                                                    DEPUTY UNITED STATES MARSHAL



These are empty lines for adding sheets – use the ones below first (that way there's one left here if you need it!
This is an empty line for additional sheets – click here and then use the ribbon to select the sheets to add.

AO245D       (Rev. 09/19) Judgment in a Criminal Case For Revocations
             Sheet 5 — Criminal Monetary Penalties

DEFENDANT:       **JAMES ROBINSON**
CASE NUMBER:     2:16CR00291JLR-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment[*] | JVTA Assessment[**] |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ | $ | $ |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[***] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
| TOTALS | $  0.00 | $  0.00 |  |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐   the interest requirement is waived for the   ☐   fine   ☐   restitution
    ☐   the interest requirement for the   ☐   fine   ☐   restitution is modified as follows:

☐   The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

\*      Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\*    Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\*  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245D     (Rev. 09/19) Judgment in a Criminal Case For Revocations
           Sheet 6 — Schedule of Payments

DEFENDANT:      **JAMES ROBINSON**
CASE NUMBER:    2:16CR00291JLR-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒      PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid to
       Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

    ☒      During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

    ☒      During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

    ☐      During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible. The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐      Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐      The defendant shall pay the cost of prosecution.

☐      The defendant shall pay the following court cost(s):

☐      The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.